■ NORMA JOSEPH, Respondent, v PARK TERRACE GARDENS, INC., et al., Appellants. [737 NYS2d 285] —Order, Supreme Court, New York County (Lorraine Miller, J.), entered on or about

October 25, 2000, which, to the extent appealed from as limited by appellants' brief, transferred the action to Civil Court, unanimously affirmed, without costs.

We find no improvident exercise of discretion in the transfer of this case (CPLR 325 [d]). Concur—Tom, J.P., Andrias, Rubin and Buckley, JJ.